IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 08 2021
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CALVIN W. SCOTT,      ) ORDER TO SHOW CAUSE FOR
Plaintiff Pro Se,     ) FOR PRELIMINARY INJUNCTION
                      ) TEMPORARY RESTRAINING ORDER
V.                    ) DOCKET# 1:21-CV-2736
                      )
DORCHESTER MANAGEMENT )
MR. EDDIE BENOIT JR., PRESIDENT )
Defendants,           )
_____)

Upon the declaration of facts of Calvin W. Scott sworn to this _____, day of July 2021, and hereto annexed it is ORDERED that the above-named defendants show cause before a motion term of this court, at room _____, Located at 75 the Richard b. Russell Courthouse located at 75 Spring St. Atlanta in the County of Fulton, and in the state of Georgia 30303, on the _____, day of June 2021, _____, o'clock, or soon thereafter as council may be heard, why an order should not be issued. Pursuant to Rule 65 FRCP enjoining the defendants during the pendency of this action from denying the plaintiff access to the residence being rented from the defendants. Which is located at 5095 Southwood Rd. Unit 1208,

The plaintiff hereby makes this request, of this the court, That, because the Plaintiff, made the defendants aware of the fact that there was a water leak in the bedroom of his unit four weeks prior to this date, and the defendants, failed to take corrective action until the plaintiff notified them that there was mold growing on the wall, next to where the plaintiff has to sleep. The defendants sent maintenance supervisor to repair, the leak but there continued to be moisture aware of the fact the there was a water leak in the carpet, which caused the plaintiff to have to move out of the unit into a hotel, at a cost of more than $100.00 a day, which has also cause the plaintiff considerable losses, because he is 69yrs old, and lives on a fixed income, and can no longer maintain this expense. On 06/22/2021, he was told by the manager whose name is may that she could not agree that Dorchester management, would pay for him to stay in the current hotel.

The plaintiff is a senior, citizen who does have verified experience in Adult Protective Services, and he believes that he can exercised, the proper judgment, when he assessed the situation, and made a rational that, because of his age, and his preexisting health issues, the plaintiff made the proper decision to move to a safer environment. The plaintiff decision was based on the fact should and feared for his Personal health and safety.                           1.

Therefore, the plaintiff respectfully, request that this court issue Temporary Order, restraining the defendants, from taking any further actions, until there is an investigation of their actions.

Wherefore, the plaintiff, respectfully, that this court issue separate order directing the Fulton County Department of Family and Children Services Adult Protective Services Unit to conduct an Impartial evaluation of the actions, of Dorchester Management, and its employees. The plaintiff is making this request for the purpose of informing this court, as to what would be proper manner to remedy this situation. The plaintiff believes that this is a valid, and simple.

The plaintiff is making this request, because this is the state agency, with the responsibility, and proper expertise, and responsibility for investigating, and prosecuting such, investigations.

1)The plaintiff is filing this request for an Order to Show Cause against the above in defendant's, is since I the Defendant's while acting in their as managers for Providence at Parkway resident while acting on behalf of Dorchester official Management, or about May 25th 2021.due to the that was advised management that I had a leak coming from the Central Air Conditioning unit.

The management office failed to take corrective action, the failed to make the necessary. This office avoided making the repairs for nearly four weeks. This inaction continued until I began to see "Black Mold" on my bedroom wall after seeing that, I went to the leasing office, again and I told them about the mold and after I reminded them nothing had been done that and, I her that I had moved into a hotel because,

I also told her about the fact that had a under lying a medical condition, and the apartment was making me sick. The never took any actions, until I told until June 6th2021, this notice told me that 1needed to get me enough clothes because it was going to take 7-10 days.

Exhibits 1 this was notice put on my door telling me to be out of my unit,

I called the office and told them that I was not going to tell them that I could not continue to spend $85.00 day for a hotel without. The following day she showed up at my unit and told me that I was not going anywhere until I have some place to go . The net thing she did was to order one of the five men she brought with her, to start taking me be longings. This was when I saw that the me she brought began to tear up my furniture, breaking some of my items

When she saw that I was not going to leave, it was at this time that she threatened to call the police, and they never showed up. I also called Fulton County Police, later that afternoon, and asked them to send someone out to provide me with a police report and they never showed up,

I later got a visit from an Executive with Dorchester by the name Collins, and we came up with an agreement.

Exhibit 2   office Agreement I signed with Mr. Collins.

He apologized, and  he told me that, I had three choices ,1) move to the third floor which was something I could not do because of my Nerve Damage to my left leg 2) The second choice was that I could stay, and I agreed to the hotel, and II chose when I contacted the hotel, they said that I only had one day. When I tried to contact Mr. Collins, he was unavailable, he later came by that night because I was not at the hotel, on 07/06/2021, I received a call from the front desk telling me that the management company was no longer paying for my room.

 Mr. Collins, I tried to contact the management Collins at the management and left a message on his voice mail. I took his word that, Dorchester would cover my room however, I assumed that the reason.

My unit was ready because they cancelled my room. I went by the management three times, and Latrice told me three separate lies, about their decision to cancel she tried to act as if she did not know that they had cancelled my room. I also told her that her that I was tired of the games, and I would be requesting a hearing. In this court because I do not trust them.

a) I am also filing. This complaint, because Dorchester failed to notify me that they were no longer paying for my room. I am filing this request because of the fact that I had to pay for another two nights out of me on pocket, and now they owe me approximately $700.00, in hotels charges, even though I gave him some of my hotel bills, and he never reimbursed my for my expense's.

b) I am also filing this complaint because

I should not have to borrow money from my relatives, because Dorchester have spoken largely to each other, and not me, when I am the injured party.

c)I am filing this complaint in this court, because., they have refused to pay me my funds, and there is no reason why I am not being given the correct information about my accommodations,

and the right to feel safe in his own home.

Respectfully Submitted,

Calvin W. Scott. Pro Se Plaintiff

5095 Southwood Rd. Unit 1208

Fairburn, Ga.30213

7707035898

Calvin W. Scott

Sworn and subscribed before me this ____8____, Day of June 2021

_____
NOTARY PUBLIC

MEMORANDUM IN SUPPORT OF PAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER

1)The plaintiff is filing this request for an Order to Show Cause against the above in defendant's, is since I the Defendant's while acting in their as managers for Providence at Parkway resident while acting on behalf of Dorchester official Management, or about May 25th 2021.due to the that was advised management that I had a leak coming from the Central Air Conditioning unit.

The management office failed to take corrective action, the failed to make the necessary. This office avoided making the repairs for nearly four weeks. This inaction continued until I began to see "Black Mold" on my bedroom wall after seeing that, I went to the leasing office, again and I told them about the mold and after I reminded them nothing had been done that and, I her that I had moved into a hotel because,

I also told her about the fact that had a under lying a medical condition, and the apartment was making me sick. The never took any actions, until I told until June 6th2021, this notice told me that 1needed to get me enough clothes because it was going to take 7-10 days.

Exhibits 1 this was notice put on my door telling me to be out of my unit,

I called the office and told them that I was not going to tell them that I could not continue to spend $85.00 day for a hotel without. The following day she showed up at my unit and told me that I was not going anywhere until I have some place to go . The net thing she did was to order one of the five men she brought with her, to start taking me be longings. This was when I saw that the me she brought began to tear up my furniture, breaking some of my items

When she saw that I was not going to leave, it was at this time that she threatened to call the police, and they never showed up. I also called Fulton County Police, later that afternoon, and asked them to send someone out to provide me with a police report and they never showed up,

I later got a visit from an Executive with Dorchester by the name Collins, and we came up with an agreement.

Exhibit 2   office Agreement I signed with Mr. Collins.

He apologized, and   he told me that, I had three choices ,1) move to the third floor which was something I could not do because of my Nerve Damage to my left leg 2) The second choice was that I could stay, and I agreed to the hotel, and II chose when I contacted the hotel, they said that I only had one day. When I tried to contact Mr. Collins, he was unavailable, he later came by that night because I was not at the hotel, on 07/06/2021, I received a call from the front desk telling me that the management company was no longer paying for my room.

Mr. Collins, I tried to contact the management Collins at the management and left a message on his voice mail. I took his word that, Dorchester would cover my room however, I assumed that the reason.

My unit was ready because they cancelled my room. I went by the management three times, and Latrice told me three separate lies, about their decision to cancel she tried to act as if she did not know that they had cancelled my room. I also told her that her that I was tired of the games, and I would be requesting a hearing. In this court because I do not trust them.

a) I am also filing. This complaint, because Dorchester failed to notify me that they were no longer paying for my room. I am filing this request because of the fact that I had to pay for another two nights out of me on pocket, and now they owe me approximately $700.00, in hotels charges, even though I gave him some of my hotel bills, and he never reimbursed my for my expense's.

b) I am also filing this complaint because

I should not have to borrow money from my relatives, because Dorchester have spoken largely to each other, and not me, when I am the injured party.

c) I am filing this complaint in this court, because., they have refused to pay me my funds, and there is no reason why I am not being given the correct information about my accommodations,

d) I am also filing this complaint, because. Of the fact that on 06/25/021, I had a doctor's appointment for a second opinion evaluation, as required under the Federal Workers Compensation Act claim, and I was not able to get them out of my apartment, because the maintenance man at Providence have refused to comply with refused to provide me with a key to my apartment Dorchester have violated my basic rights, and I have a legally binding rental agreement, and I am not going to keep asking my family for money to survive, and for some reason seems to think that they can make me homeless, an because of the fact that they do not have any authority to deny me the right live in my home, because I they violated our agreement,, and for some reason Fulton County Police were negligent violated Title 42 USC Sec, 241 and 241 for Failure to Intervene

e) I am requesting this court to order Dorchester Management to reimburse my for the three months, of $2,767.00 x income $8001.00, they caused me to lose, I because missed ,the doctor appointment because, and my caseworker is within her rights.

Plaintiff Respectfully, that defendants appear in court to provide a legal explanation of their actions.

Respectfully Submitted,

*[signature]*

Calvin W. Scott

5095 Southwood Rd. Unit 1208

Fairburn, Ga.30213

7707035898

07/08/21

## NOTI CE OF SERVICE

**The following has been served with a copy of the Request for a Temporary Restraining Order**

Mr. Eddie Benoit jr,

6780 Roswell Rd. N.E.

Suite c200

Sandy Springs, Ga.30328

404 671 3708

# Providence at Parkway Village

5095 Southwood Rd
Fairburn, Ga 30213
P:770-892-1894 F: 770-892-1116

# Notice

Resident: Calvin Scott
Unit: 1208
Date: 6/23/21

Dear Mr. Scott,

Starting tomorrow June 24, 2021 at 9am you will no longer have access to your unit, due to the work that's needed done. Make sure to gather all of your belongings that you will need for a length of 7-10 days. While the work is getting done to your unit, you will NOT be able to go inside your unit at any time until the work is complete, and you get a call from management giving you the ok that it is safe to return to your unit.
If you have any questions or concerns, please feel free to give me a call. This is **Urgent**!!!!!! My email is qcollins@dorchestermgmt.com
Thanks Management


Dorchester Management does not discriminate on the basis of race, color, religion, national origin, sex, disability, familial status, sexual orientation or gender identity for admission or access to homes at our communities, employment, or activities.


Exhibit I

# PROVIDENCE at PARKWAY VILLAGE

## 5095 Southwood Rd Fairburn, GA. 30213

## Phone 770-892-1894   Fax 770-892-1116

*RCM 06/25/2[?]*

## NOTICE

*wall Decoration*
*2 mattress (mattress + Box. Spring)*
*Bed Frame & Head Board*
*Night Stand*
*32 inch TV*
*DVD player*      *TV dresser*
*Cable box*       *damaged from*
*Light (Lamp)*    *microbial*
*Rug*
*Brian 770-778-3501*

**RESIDENT: CALVIN SCOTT**

**UNIT: 1208**

**DATE: 06/25/21**

HELLO MR. SCOTT

AS DISCUSSED ON THURSDAY, JUNE 24, 2021, DUE TO THE EXTENT OF REPAIRS THAT NEED TO BE DONE IN YOUR UNIT, YOU WERE ASKED TO LEAVE THE UNIT BY FRIDAY, JUNE 25, 2021 BY 12:00PM. WE ARE OFFERING YOU THE CHOICE OF THE FOLLOWING ACCOMMODATIONS WHILE REPAIRS ARE BEING MADE.

. TRANSFER TO A NEW UNIT ON THE 3RD FLOOR UNIT 1310

. STAY IN A HOTEL ROOM PROVIDED AND PAID BY THE COMPANY FOR 7-10 DAYS

. STAY WITH A RELATIVE

ANY EXPENSES OCCURRED FOR THE ABOVE MOVING PROCESS: MANAGEMENT WILL PAY. AFTER ALL REPAIRS ARE COMMPLETED, YOU WILL BE NOTIFIED AND HAVE THE OPTION TO MOVE BACK TO YOUR UNIT.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE FEEL FREE TO GIVE ME A CALL. This is urgent!! My email is qcollins@dorchestermgmt.com

Thanks Management

*Exhibit 2*

You have a new Readable Voice Mail from 800-660-0338
From:Xfinity Voice (voicemail@xfinityvoice.com)
To:nlckk77@yahoo.com
Date:Thursday, June 24, 2021, 08:47 AM EDT

# xfinity

My Account >

## Voicemail from 800-660-0338
44 secs
**Jun 24, 2021**
Hello this is a courtesy call on behalf of department of labor from QTC Medical for Kal Vine. To remind you of an upcoming appointment on Friday June 25 at 11:00 AM. Please reference the detailed appointment notification that has been sent to confirm your appointment press one or if you have any questions call us at 800-660-0338. To repeat message press nine. If you are not the person we are trying to reach press seven. Thank you.

To see other voicemail transcripts or adjust your Xfinity Voice settings click here.

**Pay Your Bill**     **Store Locator**     **Apps**     **My Account**



**THIS IS A SERVICE-RELATED EMAIL**
Comcast will occasionally send you service-related emails to inform you of service upgrades or new benefits.

Please do not reply to this email, it is not monitored.
If you'd like to contact us, please visit our website here.

Comcast respects your privacy. For a complete description of our privacy policy, click here.

All trademarks are the property of their respective owners.

Comcast Cable, One Comcast Center
1701 JFK Boulevard, Philadelphia, PA 19103
Attn: Email Communications


COMCAST

[illegible] Xfinity Voice Mail from 800-[illegible]-0838
[illegible] (voicemail@xfinityvoice.com)
[illegible] .com
Sent: Thursday, June 24, 2021, 08:47 AM EDT

< My Account

Voicemail from 800-[illegible]-0838

44 secs

Jun 24, 2021

Hello this is a courtesy call on behalf of department of labor [illegible] OTC Medical for Kal Vine. To remind you of an upcoming appointment on Friday June 25 at 11:00 AM. Please refer to the detailed appointment notification that has been sent to confirm your appointment press one or if you have any questions call us at 800-[illegible]-0836. To repeat message press nine. If you are not the person we are trying to reach please stay on. Thank you

To see other voicemail transcripts or adjust your Xfinity Voice settings

Pay My Bill | Store Locator | Apps | My Account

File Number: 060360153
CA-1102-O-E

U.S. DEPARTMENT OF LABOR

DFELHWC-FECA, PO Box 8311
LONDON, KY 40742-8311
Phone: (202) 513-6860

**Want Faster Service?**
Upload a document at ecomp.dol.gov

June 04, 2021

Date of Injury: 11/06/1984
Employee: CALVIN W. SCOTT

CALVIN WILLIAM SCOTT
5095 SOUTHWOOD RD
APT 1208
FAIRBURN, GA 30213

Dear CALVIN SCOTT:

The period of your entitlement to compensation under the Federal Employees' Compens[ation] (FECA) and the amount of compensation currently payable by the Office of Workers' Cor[npensation] Programs (OWCP) are shown below.

    Period of Entitlement: 05/23/2021 to 06/19/2021
    Weekly Compensation: $627.00
    Monthly Compensation: $2,717.00
    Four Week Compensation: $2,508.00

Compensation is paid each four weeks, but the monthly payment is also shown for ease [of] comparison.

However, we have been informed that you are also receiving or may be entitled to receiv[e] provided by the Office of Personnel Management (OPM) under the Civil Service Retirem[ent] (CSRS) Act or the Federal Employees' Retirement System (FERS) Act.

Annuity benefits paid by OPM (including any lump-sum payment made as part of an alter[nate] annuity under CSRS) and benefits for wage loss paid by OWCP are not payable for the s[ame period] of time. Employees entitled to both OWCP and OPM benefits must elect which benefit t[o receive]. This election is not irrevocable and can be changed should you decide that the benefits o[f another] plan are more advantageous. Should you elect OPM benefits, you will still be entitled to [medical] benefits for the effects of your 11/06/1984 injury at OWCP expense.

File Number: 060360153
CA-1102-O-E

(2) FECA benefits will be reduced by the Social Security Act benefits paid on the bas and attributable to your federal service.

An election form, CA1105, is enclosed. Please complete the form and return it to this Ofl will advise OPM of your election. If you elect compensation benefits, we will calculate the compensation due from the beginning of your entitlement to the present. Any benefits pa OPM will be reimbursed to them from the compensation due, and any remaining balance to you. However, please note that if you received a lump sum payment from OPM as pai alternative annuity under CSRS, compensation benefits due will be paid to OPM and no l be paid to you until OPM has been fully reimbursed.

Sincerely,


Federal Employees Program

DEPARTMENT OF JUSTICE
BUREAU OF PRISONS-ALL OTHER
USP ATLANTA
601 MCDONOUGH BOULEVARD, SE
ATLANTA, GA 30315

File Number: 060360153
CA1105

I, _____, hereby elect:     (check

( ) FEDERAL EMPLOYEES' COMPENSATION ACT (FECA) benefits in preference
any benefits to which I and/or my minor children may be entitled under either the Ci\
Service Retirement System (CSRS) Act or the Federal Employees' Retirement Syst
(FERS) Act, except for benefits payable by the Thrift Savings Plan which I can recei
concurrently with FECA benefits.

If my election of FECA benefits is retroactive to include a period during which I recei
CSRS/FERS benefits, I understand that OWCP will withhold from my retroactive FE
benefits an amount equal to the OPM benefits paid, including any lump-sum payme
made as part of an alternative annuity under CSRS, or as part of the death benefit u
FERS.

( ) CIVIL SERVICE RETIREMENT SYSTEM (CSRS) or FEDERAL EMPLOYEES'
RETIREMENT SYSTEM (FERS) benefits in preference to any benefits to which I ar
my minor children may be entitled under the FECA.

The effective date of my election is:
_____.
(Insert a date (mm/dd/yyyy); for FECA benefits, this date may be any date forward fi
the first date of the "period of entitlement" found in the accompanying letter (CA-110
the date you sign this form. Note that if you elect a retroactive effective date, an
overpayment with either OPM or OWCP could occur that you may ultimately be
responsible for).

CSA#: _____
(Please provide your OPM-assigned CSA number)

I understand that I am not entitled to receive FECA benefits and CSRS/FERS benef
concurrently (except for a schedule award).

I have ( ) have not ( ) received a lump-sum annuity from OPM as part of an alternati
annuity under CSRS, or as part of the death benefit under FERS.

SIGNATURE



July 01, 2021

File Number: 060360153
CA-1102-O-E

U.S. DEPARTMENT OF LABOR

DFELHWC-FECA, PO Box 8311
LONDON, KY 40742-8311
Phone: (202) 513-6860

**Want Faster Service?**
**Upload a document at ecomp.dol.gov**

June 04, 2021

Date of Injury: 11/06/1984
Employee: CALVIN W. SCOTT

CALVIN WILLIAM SCOTT
5095 SOUTHWOOD RD
APT 1208
FAIRBURN, GA 30213

Dear CALVIN SCOTT:

The period of your entitlement to compensation under the Federal Employees' Compensation Act (FECA) and the amount of compensation currently payable by the Office of Workers' Compensation Programs (OWCP) are shown below.

    Period of Entitlement: 05/23/2021 to 06/19/2021
    Weekly Compensation: $627.00
    Monthly Compensation: $2,717.00
    Four Week Compensation: $2,508.00

Compensation is paid each four weeks, but the monthly payment is also shown for ease of comparison.

However, we have been informed that you are also receiving or may be entitled to receive benefits provided by the Office of Personnel Management (OPM) under the Civil Service Retirement System (CSRS) Act or the Federal Employees' Retirement System (FERS) Act.

Annuity benefits paid by OPM (including any lump-sum payment made as part of an alternative annuity under CSRS) and benefits for wage loss paid by OWCP are not payable for the same period of time. Employees entitled to both OWCP and OPM benefits must elect which benefit to receive. This election is not irrevocable and can be changed should you decide that the benefits of the other plan are more advantageous. Should you elect OPM benefits, you will still be entitled to medical benefits for the effects of your 11/06/1984 injury at OWCP expense.

If you elect FECA benefits, you may receive concurrent benefits from the Thrift Savings Fund and benefits provided by the Social Security Act. However, the Social Security Act benefits have the following restrictions:

(1) Social Security Act benefits paid for disability shall be reduced by the compensation payable; and



*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

File Number: 060360153
ff-O-NO

U.S. DEPARTMENT OF LABOR

DFELHWC-FECA, PO Box 8311
LONDON, KY 40742-8311
Phone: (202) 513-6860

**Want Faster Service?**
**Upload a document at ecomp.dol.gov**

July 01, 2021

Date of Injury: 11/06/1984
Employee: CALVIN W. SCOTT

CALVIN WILLIAM SCOTT
5095 SOUTHWOOD RD
APT 1208
FAIRBURN, GA 30213

Dear CALVIN SCOTT:

Per our telephone conversation today, here is another copy of the election so that you may change the date you wish to elect.

We will also re-schedule the second opinion examinations for you to attend.

Sincerely,


Federal Employees Program


DEPARTMENT OF JUSTICE
BUREAU OF PRISONS-ALL OTHER
USP ATLANTA
601 MCDONOUGH BOULEVARD, SE
ATLANTA, GA 30315

*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

JJuly 01, 2021

File Number: 060360153
CA-1102-O-E

(2) FECA benefits will be reduced by the Social Security Act benefits paid on the basis of age and attributable to your federal service.

An election form, CA1105, is enclosed.  Please complete the form and return it to this Office, and we will advise OPM of your election.  If you elect compensation benefits, we will calculate the amount of compensation due from the beginning of your entitlement to the present.  Any benefits paid to you by OPM will be reimbursed to them from the compensation due, and any remaining balance will be paid to you.  However, please note that if you received a lump sum payment from OPM as part of an alternative annuity under CSRS, compensation benefits due will be paid to OPM and no benefits will be paid to you until OPM has been fully reimbursed.

Sincerely,


Federal Employees Program

DEPARTMENT OF JUSTICE
BUREAU OF PRISONS-ALL OTHER
USP ATLANTA
601 MCDONOUGH BOULEVARD, SE
ATLANTA, GA 30315



July 01, 2021

File Number: 060360153
CA1105

I, _____, hereby elect:     (check one)

( ) FEDERAL EMPLOYEES' COMPENSATION ACT (FECA) benefits in preference to any benefits to which I and/or my minor children may be entitled under either the Civil Service Retirement System (CSRS) Act or the Federal Employees' Retirement System (FERS) Act, except for benefits payable by the Thrift Savings Plan which I can receive concurrently with FECA benefits.

If my election of FECA benefits is retroactive to include a period during which I received CSRS/FERS benefits, I understand that OWCP will withhold from my retroactive FECA benefits an amount equal to the OPM benefits paid, including any lump-sum payment made as part of an alternative annuity under CSRS, or as part of the death benefit under FERS.

( ) CIVIL SERVICE RETIREMENT SYSTEM (CSRS) or FEDERAL EMPLOYEES' RETIREMENT SYSTEM (FERS) benefits in preference to any benefits to which I and/or my minor children may be entitled under the FECA.

The effective date of my election is:
_____.
(Insert a date (mm/dd/yyyy); for FECA benefits, this date may be any date forward from the first date of the "period of entitlement" found in the accompanying letter (CA-1102) to the date you sign this form. Note that if you elect a retroactive effective date, an overpayment with either OPM or OWCP could occur that you may ultimately be responsible for).

CSA#: _____
(Please provide your OPM-assigned CSA number)

( ) I understand that I am not entitled to receive FECA benefits and CSRS/FERS benefits concurrently (except for a schedule award).

I have ( ) have not ( ) received a lump-sum annuity from OPM as part of an alternative annuity under CSRS, or as part of the death benefit under FERS.

_____
SIGNATURE

_____
ADDRESS

| CITY | STATE | ZIP CODE | DATE |

06/22/2021

Dorchester Management

To whom it may concern,

I am contacting your office to advise you that the have been an ongoing problem with the water leak in the bedroom of my apartment. This problem has existed for at least three weeks, and the only person that has shown any concern, about the situation has been, Latrice other than her, there have been no effort on your part to remedy the situation. The only thing I have gotten from your staff, is the repeated promise that you will send someone promise out to resolve the situation on some future date. The purpose of this letter is to formally let you know that I will not be accepting your offer of a room at the Best Western, because your manager Minnie wants to start taking a legal posture, which I found to be an uncomfortable, for a person speaking to me for the first time, I have never met her before, she seems to be more concerned about taking a legal posture, than someone willing to take responsibility for the fact that you were made aware of this problem over the last several weeks.

For the last several weeks, I noticed what was mole appearing on the bedroom walls, and this morning's conversation did not go well, because, I don't need to hear some street "legalese" about liability, I noticed that the mold on my bedroom walls, several days ago, after I have already starting having problems breathing at night, last week you had all of those people come by, and no one seemed to be concerned, about lability, because no one came by over the weekend, and finally, I decided to relocate to an area Hotel on 06/21/2021, because I felt that it is no longer safe for me to put myself in a situation that would cause, me any further more medical complications.

Therefore, I want you to be advised, that I had to make this a formal notification with the formal to you that, I would like for any further communications, by your management staff be in writing, and, I would like to deal with Latrice, because we may have had our differences, in the past, at least she have been sincere, about resolving the problem, and sincerity, is something that is needed, at needed at this time. Making this request because, of the fact that I am only interested in resolving the issue in my home, and I just want to resolve this situation as soon as possible, and there is nothing she can do to make the situation any worse than it already have been. Will not try to use anything from this arrangement against your agency. This is nothing new for me, and I have other issues which requires my attention. If I wanted to exploit this issue for personal gain, I would have done so already because, I have a better understanding of the issues with senior citizens than you could even imagine. If you want to resolve this issue without any further misunderstanding, please take my advice, because, as long, as this issue can be resolved on time, and there are no further issues created by your manager trying to take a legal posture, because, I could have gathered all the evidence, I would needed over the last several weeks.

I want you to know that I have health issues, that are related to the conditions in this unit, and I will seek the proper medical care to resolve these issues, and I would like to be transparent with you about what the doctor find out about the breathing issues, that I have developed because of the dampness, and the mole, and I do expect that we can get together about the expenses, related to these issues, therefore, I would like to have a working relationship, with you because, I do have more pressing life issues that are unrelated to this situation, that I need to resolve. I'm not trying to build a legal case, and as I have stated, all I want to do is to feel better. Therefore, if you have any questions about taking this approach, please let me know in writing.

CWSCOTT

*[signature]*

Exhibit 4