JS44 (Rev. 6/2017 NDGA)  **CIVIL COVER SHEET**  1:21-CV-2736

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

**I. (a) PLAINTIFF(S)**
Calvin W. Scott

**DEFENDANT(S)**
Eddie Benoit Jr
Dorchester Management

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Fulton
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)
pro se
5045 Southwood Rd 678-994-9545
Unit 1208
Fairburn GA 30213

**ATTORNEYS** (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. GOVERNMENT PLAINTIFF
- ☑ 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- ☐ 2 U.S. GOVERNMENT DEFENDANT
- ☐ 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| | ☑ 1 | ☐ 1 | CITIZEN OF THIS STATE | ☐ 4 | ☐ 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| | ☐ 2 | ☐ 2 | CITIZEN OF ANOTHER STATE | ☐ 5 | ☐ 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| | ☐ 3 | ☐ 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 6 | ☐ 6 | FOREIGN NATION |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☑ 1 ORIGINAL PROCEEDING
- ☐ 2 REMOVED FROM STATE COURT
- ☐ 3 REMANDED FROM APPELLATE COURT
- ☐ 4 REINSTATED OR REOPENED
- ☐ 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- ☐ 6 MULTIDISTRICT LITIGATION - TRANSFER
- ☐ 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT
- ☐ 8 MULTIDISTRICT LITIGATION - DIRECT FILE

**V. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**(IF COMPLEX, CHECK REASON BELOW)**

- ☐ 1. Unusually large number of parties.
- ☐ 2. Unusually large number of claims or defenses.
- ☐ 3. Factual issues are exceptionally complex
- ☐ 4. Greater than normal volume of evidence.
- ☐ 5. Extended discovery period is needed.
- ☐ 6. Problems locating or preserving evidence
- ☐ 7. Pending parallel investigations or actions by government.
- ☐ 8. Multiple use of experts.
- ☑ 9. Need for discovery outside United States boundaries.
- ☐ 10. Existence of highly technical issues and proof.

CONTINUED ON REVERSE

ATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

T - "0" MONTHS DISCOVERY TRACK
50 RECOVERY OF OVERPAYMENT &
   ENFORCEMENT OF JUDGMENT
52 RECOVERY OF DEFAULTED STUDENT
   LOANS (Excl. Veterans)
53 RECOVERY OF OVERPAYMENT OF
   VETERAN'S BENEFITS

T - "4" MONTHS DISCOVERY TRACK
0 INSURANCE
0 MARINE
0 MILLER ACT
0 NEGOTIABLE INSTRUMENT
1 MEDICARE ACT
0 STOCKHOLDERS' SUITS
0 OTHER CONTRACT
5 CONTRACT PRODUCT LIABILITY
6 FRANCHISE

PERTY - "4" MONTHS DISCOVERY
0 LAND CONDEMNATION
0 FORECLOSURE
0 RENT LEASE & EJECTMENT
0 TORTS TO LAND
5 TORT PRODUCT LIABILITY
0 ALL OTHER REAL PROPERTY

ERSONAL INJURY - "4" MONTHS
Y TRACK
0 AIRPLANE
5 AIRPLANE PRODUCT LIABILITY
0 ASSAULT, LIBEL & SLANDER
0 FEDERAL EMPLOYERS' LIABILITY
0 MARINE
5 MARINE PRODUCT LIABILITY
0 MOTOR VEHICLE
5 MOTOR VEHICLE PRODUCT LIABILITY
0 OTHER PERSONAL INJURY
2 PERSONAL INJURY - MEDICAL
   MALPRACTICE
5 PERSONAL INJURY - PRODUCT LIABILITY
7 PERSONAL INJURY - HEALTH CARE/
   PHARMACEUTICAL PRODUCT LIABILITY
8 ASBESTOS PERSONAL INJURY PRODUCT
   LIABILITY

ERSONAL PROPERTY - "4" MONTHS
Y TRACK
0 OTHER FRAUD
1 TRUTH IN LENDING
0 OTHER PERSONAL PROPERTY DAMAGE
5 PROPERTY DAMAGE PRODUCT LIABILITY

TCY - "0" MONTHS DISCOVERY TRACK
2 APPEAL 28 USC 158
3 WITHDRAWAL 28 USC 157

CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK
☐ 440 OTHER CIVIL RIGHTS
☐ 441 VOTING
☐ 442 EMPLOYMENT
☒ 443 HOUSING/ ACCOMMODATIONS
☒ 445 AMERICANS with DISABILITIES - Employment
☒ 446 AMERICANS with DISABILITIES - Other
☐ 448 EDUCATION

IMMIGRATION - "0" MONTHS DISCOVERY TRACK
☐ 462 NATURALIZATION APPLICATION
☐ 465 OTHER IMMIGRATION ACTIONS

PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK
☐ 463 HABEAS CORPUS- Alien Detainee
☐ 510 MOTIONS TO VACATE SENTENCE
☐ 530 HABEAS CORPUS
☐ 535 HABEAS CORPUS DEATH PENALTY
☐ 540 MANDAMUS & OTHER
☐ 550 CIVIL RIGHTS - Filed Pro se
☐ 555 PRISON CONDITION(S) - Filed Pro se
☐ 560 CIVIL DETAINEE: CONDITIONS OF
       CONFINEMENT

PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK
☐ 550 CIVIL RIGHTS - Filed by Counsel
☐ 555 PRISON CONDITION(S) - Filed by Counsel

FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK
☐ 625 DRUG RELATED SEIZURE OF PROPERTY
       21 USC 881
☐ 690 OTHER

LABOR - "4" MONTHS DISCOVERY TRACK
☐ 710 FAIR LABOR STANDARDS ACT
☐ 720 LABOR/MGMT. RELATIONS
☐ 740 RAILWAY LABOR ACT
☐ 751 FAMILY and MEDICAL LEAVE ACT
☐ 790 OTHER LABOR LITIGATION
☐ 791 EMPL. RET. INC. SECURITY ACT

PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK
☐ 820 COPYRIGHTS
☐ 840 TRADEMARK

PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK
☐ 830 PATENT
☐ 835 PATENT-ABBREVIATED NEW DRUG
       APPLICATIONS (ANDA) - a/k/a
       Hatch-Waxman cases

SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK
☐ 861 HIA (1395ff)
☐ 862 BLACK LUNG (923)
☐ 863 DIWC (405(g))
☐ 863 DIWW (405(g))
☐ 864 SSID TITLE XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK
☐ 870 TAXES (U.S. Plaintiff or Defendant)
☐ 871 IRS - THIRD PARTY 26 USC 7609

OTHER STATUTES - "4" MONTHS DISCOVERY TRACK
☐ 375 FALSE CLAIMS ACT
☐ 376 Qui Tam 31 USC 3729(a)
☐ 400 STATE REAPPORTIONMENT
☐ 430 BANKS AND BANKING
☐ 450 COMMERCE/ICC RATES/ETC.
☐ 460 DEPORTATION
☐ 470 RACKETEER INFLUENCED AND CORRUPT
       ORGANIZATIONS
☐ 480 CONSUMER CREDIT
☐ 490 CABLE/SATELLITE TV
☐ 890 OTHER STATUTORY ACTIONS
☐ 891 AGRICULTURAL ACTS
☐ 893 ENVIRONMENTAL MATTERS
☐ 895 FREEDOM OF INFORMATION ACT
☐ 899 ADMINISTRATIVE PROCEDURES ACT /
       REVIEW OR APPEAL OF AGENCY DECISION
☐ 950 CONSTITUTIONALITY OF STATE STATUTES

OTHER STATUTES - "8" MONTHS DISCOVERY TRACK
☐ 410 ANTITRUST
☐ 850 SECURITIES / COMMODITIES / EXCHANGE

OTHER STATUTES - "0" MONTHS DISCOVERY TRACK
☐ 896 ARBITRATION
       (Confirm / Vacate / Order / Modify)

* PLEASE NOTE DISCOVERY
  TRACK FOR EACH CASE TYPE.
  SEE LOCAL RULE 26.3

EQUESTED IN COMPLAINT:
IECK IF CLASS ACTION UNDER F.R.Civ.P. 23   DEMAND $ 1,000,000.00
MAND ☒ YES ☐ NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

RELATED/REFILED CASE(S) IF ANY
UDGE_____   DOCKET NO._____

SES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
☐ PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
☐ SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
☐ VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
☐ APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME
   BANKRUPTCY JUDGE.
☐ REPETITIVE CASES FILED BY PRO SE LITIGANTS.
☐ COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO. _____, WHICH WAS
DISMISSED. This case ☐ IS   ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

JRE OF ATTORNEY OF RECORD                                   DATE