UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CALVIN W. SCOTT, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:21-cv-2736-LMM |
| DORCHESTER MANAGEMENT and EDDIE BENOIT, JR., | |
| Defendants. | |

## J U D G M E N T

This action having come before the Court, the Honorable Leigh Martin May, United States District Judge, on Plaintiff's Complaint, and the Court having rendered its decision, it is

**Ordered and Adjudged** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated at Atlanta, Georgia this 9th day of July, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/R. Chapman
         Deputy Clerk

Prepared and Entered
In the Clerk's Office
July 9, 2021
Kevin P. Weimer
Clerk of Court

By:  s/R. Chapman
         Deputy Clerk