United States District Court
for the
Northern District of Georgia
Atlanta Division



Calvin W. Scott
Plaintiff,

v   Case Number: 1:21-CV-2736-LMM

Dorchester Management

Eddie Benoit Jr
Defendant,

I would like to request reconsideration of my request for an injunction because I have no other place to go. I understand that you are busy but there is no reason for me to be locked out of my home without any consideration. On 11/6/1984, Judge Shoob ordered me to put my life on the line and I did, which resulted in me being disabled over the last 35 yrs. It has been a struggle to survive. I have always remembered that judges told other people who was forced into situations that they must uphold a higher standard of behavior. Since I have been locked out of my home I have lossed my income because my case worker at the office of workers compensation programs have told me I need to see a psychiatrist, or I can't receive my _____. I know that this issue

was caused before that, and I have recently quit coming back to court, but you must understand that I dred asking anything of you, as much as you dred dealing with me. However, I have had to struggle to live from day to day. I realize that people like me might not deserve any help, but what about the laws I enforced. I am not a criminal, I am a 69 yr old federal correctional officer who did what I was told, and never took the law in my own hands. That is why I came to you because it is always hard to live on the street with the mental health issues I have. They are not your fault it is mine. I often think back to that night that I recieved that call from USP Atlanta stating that Judge Shoob had ordered me to help put down the riot at the prison. I went there because I had a duty to follow his orders. Now that I have an issue that is not my fault I can't get any help. I know that there have been issues with this management company before, and I allowed them to apologize, and that may have been my mistake. I hope you understand that I dreded coming back down here asking for help because I know how it looks, but understand I dred asking for your help because I am supposed to take responsibility for myself.

R. Scal